**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00958-CV

### IN RE VSDH VAQUERO VENTURE, LTD., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-05232-A**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real parties in interest and respondent file their responses, if any, on or before August 8, 2014.

/s/     MOLLY FRANCIS
        JUSTICE